THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAID GSSIME, Appellant, v DANIEL F. MARTUSCELLO JR., as Superintendent of Coxsackie Correctional Facility, Respondent.

Submitted March 4, 2013; decided April 25, 2013

Motion for reconsideration of this Court's January 15, 2013 dismissal order denied [*see* 20 NY3d 1005 (2013)].

Judge RIVERA taking no part.